

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00864-CV

Jeremil **RODRIGUEZ**,
Appellant

v.

**JP MORGAN CHASE BANK**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0255-CV
Honorable W.C. Kirkendall, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are assessed against appellant.

SIGNED February 11, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice